UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-9544 FMO (JCx) | Date | December 5, 2024 |
|---|---|---|---|
| Title | Roe AH 71 v. Doe 1, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**    (In Chambers) Order Re: Order to Show Cause

On August 23, 2024, plaintiff, using the pseudonym "Jane Roe AH 71," filed a complaint in state court against several Doe defendants. (See Dkt. 1, Notice of Removal ("NOR") at ¶ 1); (Dkt. 1-1, Complaint). Defendants Does 1 and 2 removed the action to this court based on diversity jurisdiction. (See Dkt. 1, NOR at ¶ 3).

Rule 10(a) of the Federal Rules of Civil Procedure provides that the title of the complaint "must name all the parties." However, the Ninth Circuit has held that a request for anonymity may be granted if "the [requesting] party's need for anonymity outweighs prejudice to the opposing party and the public's interest in knowing the party's identity." Does I Thru XXIII v. Advanced Textile Corp., 214 F.3d 1058, 1069 (9th Cir. 2000). Accordingly, IT IS ORDERED THAT:

1. No later than **December 30, 2024**, plaintiff shall file a Motion to Proceed Anonymously ("Motion"), and notice it for hearing on the court's first available hearing date.

2. Failure to file the Motion by the deadline set forth above shall result in the action being dismissed for failure to prosecute and/or to comply with a court order. See Local Rule 41; Fed. R. Civ. P. 4 & 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

|  | 00 : 00 |
|---|---|
|  | Initials of Preparer    vdr |